### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF GEORGIA
### COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DAMION WHITE** | Case No.: 4:24-CR-00028-CDL-CHW-1 |

### ORDER

Defendant was indicted on October 8, 2024, ECF. 1, and arraigned on October 17, 2024, ECF 11. A pretrial conference is currently scheduled for November 19, 2024. Defendant requests a continuance to the Court's March 2025 jury trial term, and the government does not oppose. Specifically, Defendant will need time to review discovery and discuss the government's case in chief.

IT IS HEREBY ORDERED that the above-referenced matter be continued to next term of Court set for <u>March 2025</u> and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this 14th day of November, 2024.

    S/Clay D. Land
    CLAY D. LAND
    U.S. DISTRICT COURT JUDGE